JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEVE LEE ROBINSON, in his individual and representative capacity as trustee of the Robinson Living Trust;<br>BARBARA DENISE ROBINSON, in her individual and representative capacity as trustee of the Robinson Living Trust;<br>DOUGLAS F. LECH; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:15-CV-00497-SVW-DTB<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 7, 2015　　　　X_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal　　　　Case: 5:15-CV-00497-SVW-DTB